UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE WELCH,

                Plaintiff,

-against-

CITY OF PEEKSKILL, et al.,

                Defendants.

**ORDER**

21-CV-07230 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Pre-motion conference held on December 1, 2022. Counsel for all parties appeared. As discussed on the record, the Court heard argument on Plaintiff's contemplated motion for leave to amend the Complaint. The Court construed Plaintiff's pre-motion letter (Doc. 27) as his motion to amend, and considering the parties' arguments thereto, dismissed the motion for the reasons stated on the record. (*See* Transcript). Specifically, the Court noted that Plaintiff was unable to provide good cause for his request. *See Parker v. Columbia Pic. Indus.*, 204 F.3d 326 (2d Cir. 2000).

    With respect to Defendants' contemplated motion for summary judgment, the Court set the following briefing schedule: Defendants shall serve, not file, their motion on January 30, 2023; Plaintiff shall serve, not file, his opposition on February 20, 2023; Defendants shall serve their reply on March 6, 2023; and all motion papers shall be filed on March 6, 2023.

                **SO ORDERED:**

Dated:   White Plains, New York
          December 2, 2022

_____
PHILIP M. HALPERN
United States District Judge