# Charny & Wheeler P.C.
Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)
ncharny@charnywheeler.com

Russell G. Wheeler
rwheeler@charnywheeler.com

H. Joseph Cronen
jcronen@charnywheeler.com

> Application granted. The pretrial conference scheduled for April 24, 2024 is hereby adjourned to May 9, 2024 at 12:00 p.m. in Courtroom 520 of the White Plains courthouse.
>
> The Clerk of Court is respectfully directed to terminate the motion sequences pending at Doc. 59.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 11, 2024

By ECF
Hon. Philip M. Halpern, U.S.D.J.
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal B[uilding]
300 Quarropas Street
White Plains, New York 10601

Re: <u>Welch v. City of Peekskill</u>
Civil Action No. 7:21-cv-7230 (PMH)

Dear Judge Halpern:

This office represents Plaintiff Tryone Welch in the above matter, which is currently scheduled for a pre-trial conference on April 24, 2024. All required pre-trial documents (proposed JPTO, jury charge, verdict form and voir dire) have been filed. I write to request a short adjournment of the pre-trial conference for a date after April 26, 2024 (proposed alternative dates are listed below).

This request is necessitated by an unavoidable conflict. I serve as outside counsel to the United Auto Workers and will be in Charlotte, North Carolina the week of April 22 as principal counsel in contentious negotiations with Daimler Trucks North America (DTNA) with a strike deadline of April 26, 2024. Bargaining will almost certainly be wall to wall leading to that strike deadline.

Defendant's counsel has graciously consented to this request and we collectively propose any of the following dates for a rescheduled conference: April 30, May 7, 9, or 10.

Thank you for your attention to this request.

Respectfully Submitted:

Nathaniel K. Charny

cc: All Counsel (by ECF)