UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE WELCH,

                Plaintiff,

        -against-

CITY OF PEEKSKILL, et al.,

                Defendants.

**ORDER**

21-CV-07230 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court is in receipt of the parties' August 9, 2024 proposed Joint Pretrial Order (Doc. 74). The parties are directed to meet and confer and make the following changes to the proposed Joint Pretrial Order:

1. Strike the word "Amended" in the title;

2. Regarding Plaintiff's witness Joanna Duncan, strike the phrase "Plaintiff will need 1 to 2 hours for this witness";

3. Strike Plaintiff's Exhibit 12, which was not included in the July 22, 2024 proposed Joint Pretrial Order (Doc. 71);

4. Regarding Plaintiff's Exhibit 30 (MED 004-0517), reduce the exhibit pages to only those identified in the July 22, 2024 proposed Joint Pretrial Order (MED 004-011, 032-037).

5. Regarding Defendant's Exhibit U, strike the objections which were not asserted in the July 22, 2024 proposed Joint Pretrial Order.

The revised proposed Joint Pretrial Order shall be filed by **September 6, 2024**. The parties shall immediately notify the Court if they reach a settlement in principle.

                              **SO ORDERED:**

Dated:   White Plains, New York
          August 22, 2024

_____
PHILIP M. HALPERN
United States District Judge