UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE WELCH,

               Plaintiff,

-against-

CITY OF PEEKSKILL, et al.,

               Defendants.

**ORDER**

21-CV-07230 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The parties are hereby notified that this matter will proceed to trial on **November 18, 2024**. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the White Plains courthouse located at 300 Quarropas Street, White Plains, New York 10601. The parties are directed to immediately notify the Court if they have reached a settlement.

Dated: White Plains, New York
       November 12, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge